**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1600**

PEGGY HARRISON-JENKINS,

                    Plaintiff – Appellant,

        v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA,

                    Defendant – Appellee,

        and

THE DEPARTMENT OF PEDIATRICS,

                    Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:11-cv-02551-DCN)

Submitted:  September 27, 2012       Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peggy  Harrison-Jenkins,  Appellant  Pro  Se.  Caroline  Wrenn
Cleveland, Bob J. Conley, CLEVELAND LAW, LLP, Charleston, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Harrison-Jenkins appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion to dismiss Harrison-Jenkins' complaint. She also appeals various preliminary orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison-Jenkins v. Medical Univ. of South Carolina, No. 2:11-cv-02551-DCN (D.S.C. Oct. 13, 2011; Feb. 22 & May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED